UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

MARCUS DORWIN ADAMS,

    Plaintiff,

v.

CPT. ARNOLD, et. al.,

    Defendants.

Case No. 17-cv-0944-NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the order on April 18, 2017, the court dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. (Doc. 6.) The twenty-eight days to amend have passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is therefore **DISMISSED** for the reasons set forth in the prior order.

**IT IS SO ORDERED.**

Dated: June 13, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge